Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

Eric James Baker, )
)
)
)
)
Plaintiff )
v. )   Civil Action No.
SONOMA COUNTY SHERIFF'S )
DEPARTMENT, )
)
)
Defendant )

CV 08   3433

**Summons in a Civil Action**

To: Sonoma County Sheriff's Department

*(Defendant's name)*

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Law Office of Tanya Brannan
719 Orchard Street
P.O. Box 3064
Santa Rosa, California 95402


Sanford Wittels & Heisler, LLP
950 Third Ave., 10th Floor
New York, NY 10022
(Pending Pro Hac Vice Admission)

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                      Richard W. Wieking
                                                                                      Name of clerk of court

Date:   JUL 1 6 2008                     **ANNA SPRINKLES**
                                                                                     Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                                                                                                  Server's signature

                                                                                              Printed name and title

                                                                                                  Server's address