Clear Form

AO 440 (Rev. 03/08)  Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

Eric James Baker,                )
                                 )
                                 )
                                 )
          Plaintiff              )
          v.                     )        **CV 08      3433**
SONOMA COUNTY SHERIFF'S          )
DEPARTMENT,                      )        Civil Action No.
                                 )
                                 )
          Defendant              )

**EDL**

### Summons in a Civil Action

To:  Sonoma County Sheriff's Department

    *(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Law Office of Tanya Brannan
719 Orchard Street
P.O. Box 3064
Santa Rosa, California  95402


Sanford Wittels & Heisler, LLP
950 Third Ave., 10th Floor
New York, NY 10022
(Pending Pro Hac Vice Admission)


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                     Richard W. Wieking
                                     Name of clerk of court

Date:  JUL 1 6 2008                  **ANNA SPRINKLES**
                                     Deputy clerk's signature


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___the Sonoma County___
by:                                                                                   ___Sheriff's Department___

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        ___Susan Ricketson, 2796 Ventura Ave., Santa Rosa, CA 95403___

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ ___35.00___ for travel and $ ___0.00___ for services, for a total of $ ___35.00___ .

Date: ___August 7, 2008___                    _Jeff DiCello_
                                                    Server's signature

                               Jeff DiCello, Paralegal
                                         Printed name and title

                               5044 Charmian Dr., Santa Rosa, CA 95409
                                          Server's address