Thomas Marc  Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone:  (415) 421-4770
Facsimile:  (415) 421-4784

Steven L. Wittels
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Pending Pro Hac Vice Admission*

*Attorneys for Plaintiff Eric Baker*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JAMES BAKER,<br><br>               Plaintiff,<br><br>   vs.<br><br>COUNTY OF SONOMA; SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; LEWIS LINCOLN; DANIEL CORTEZ; EDUARDO ESPINO; and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No. 3:08-cv-03433-EDL<br><br>ECF Case<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CASE DEADLINES**<br><br>Hon. Elizabeth Laporte |

WHEREAS  Defendants  County  of  Sonoma,  Sonoma  County  Sheriff's

Department, Bill Cogbill, Lewis Lincoln, Daniel Cortez, and Eduardo Espino have not

yet appeared in this matter and are not due to appear until on or about October 31, 2008, it is hereby STIPULATED AND AGREED that all currently scheduled dates in this matter be adjourned, including:

(1) the deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan;

(2) the deadline to file an ADR Certification signed by all Parties and Counsel;

(3) the deadline to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

(4) the deadline to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement; and

(5) the Initial Case Management Conference, currently scheduled for October 31, 2008

The Initial Case Management Conference is adjourned until December 16, 2008, directly following the Initial Case Management Conference and motion proceedings currently scheduled that day in *Valerie George, et al. v. Sonoma County Sheriff's Department, et al*., Case No. 08-cv-2675 EDL.  The present case brought by Plaintiff Eric Baker involves many of the same defendants in the *George* case, including Defendants County of Sonoma, Sonoma County Sheriff's Department, Bill Cogbill, California Forensic Medical Group, Inc. ("CFMG"), and James Luders, M.D.

**SO STIPULATED.**

Date: October 17, 2008

Respectfully submitted,

SANFORD WITTELS & HEISLER, LLP

By: _____/s/_____
    Thomas Marc Litton (CA Bar # 119985)
     Of Counsel
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone:  (415) 421-4770
Facsimile:  (415) 421-4784

SANFORD WITTELS & HEISLER, LLP

By: _____/s/_____
        Steven L. Wittels (SLW-8110)

950 Third Ave, 10th Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com

*Attorneys for Plaintiffs*

TRIMBLE SHERINIAN & VARANINI

By:_____/s/_____
        Jerome M. Varanini

2500 Ventura Oaks Way, Suite 350
Sacramento, CA  95812-0590
*Attorneys for Defendants California
Forensic Medical Group and
James Luders, M.D.*

SO ORDERED:_____

IT IS SO ORDERED

Judge Elizabeth D. Laporte