Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone:  (415) 421-4770
Facsimile:  (415) 421-4784

Steven L. Wittels
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Pending Pro Hac Vice Admission*

*Attorneys for Plaintiff Eric Baker*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JAMES BAKER,<br><br>                          Plaintiff,<br><br>     vs.<br><br>COUNTY OF SONOMA; SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; LEWIS LINCOLN; DANIEL CORTEZ; EDUARDO ESPINO; and DOES 1 through 10, inclusive,<br><br>                          Defendants. | Case No. 3:08-cv-03433-EDL<br><br>ECF Case<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE DEADLINES**<br><br>Hon. Elizabeth Laporte |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for all parties, that subject to the Court's approval, the return date and briefing

schedule on the following motion of the parties, and initial Case Management Conference, shall be as follows:

### I. County Defendants' Motion to Dismiss

1. Plaintiff's response to the motion to dismiss filed by Defendants County of Sonoma, Sonoma County Sheriff's Department, Bill Cogbill, Lewis Lincoln, Daniel Cortez, and Eduardo Espino (the "County Defendants") shall be served by December 30, 2008.

2. The County Defendants' reply in support of their 12b(6) motion to dismiss shall be served by January 13, 2008.

3. The Return Date and Hearing on County Defendants' 12b(6) motion to dismiss are adjourned until January 27, 2008 at ~~9:00 a.m.~~ 2:00pm before the Honorable Elizabeth D. Laporte.

### II. Initial Case Management Conference

1. The Initial Case Management Conference scheduled for December 16, 2008 is adjourned until January 27, 2008, directly following the hearing on Defendants' Motions to Dismiss scheduled for January 27, 2008.

2. The Joint Case Management Statement will be due one week prior to the adjourned conference date, on January 20, 2008.

The reason for these requests is that Plaintiff's counsel is currently in the midst of briefing multiple cases under prior court Orders, and requires this additional time to respond to Defendants' 12(b)(6) motion.

Date: November 17, 2008

Respectfully submitted,

SANFORD WITTELS & HEISLER, LLP

By: _____/s/_____
    Thomas Marc Litton (CA Bar # 119985)
    Of Counsel

120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile: (415) 421-4784


SANFORD WITTELS & HEISLER, LLP

By: _____/s/_____
    Steven L. Wittels (SLW-8110)

950 Third Ave, 10th Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com

*Attorneys for Plaintiffs*



TRIMBLE SHERINIAN & VARANINI

By:_____/s/_____
    Jerome M. Varanini

2500 Ventura Oaks Way, Suite 350 (95833)
P.O. Box 590
Sacramento, CA  95812-0590
Telephone: (916)444-8271

*Attorneys for Defendants California*
*Forensic Medical Group and*
*James Luders, M.D.*

\

                    SENNEFF FREEMAN & BLUESTONE, LLP

                    By:_____/s/_____
                          Bonnie A. Freeman

                    50 Old Courthouse Square, Ste 401
                    P.O. Box 3729
                    Santa Rosa, CA  95402
                    Telephone: (707) 526-4250
                    Facsimile: (707) 526-0347

                    *Attorneys for Defendants County of Sonoma, Sonoma County Sheriff's Department, Bill Cogbill, Lewis Lincoln, Daniel Cortez, and Eduardo Espino*

SO ORDERED: 11/18/08 _____
                             U.S.D.M.J.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Stamp: "IT IS SO ORDERED AS MODIFIED" signed Judge Elizabeth D. Laporte]