IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC JAMES BAKER,                                       No. C-08-03433 EDL

        Plaintiff,                                              **ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE**

  v.

COUNTY OF SONOMA,

        Defendant.
_____/

      Following a Further Case Management Conference held on October 6, 2009, IT IS HEREBY ORDERED THAT the following deadlines be imposed in this case:

- The fact discovery cutoff date is continued from October 23, 2009 to November 24, 2009;
- The last day to file dispositive motions is continued from November 10, 2009 to December 10, 2009;
- The deadline to file any Opposition to a dispositive motion shall be December 24, 2009;
- The deadline to file any Reply in support of a dispositive motion shall be January 6, 2010;
- The last day to hear dispositive motions is continued from December 15, 2009 to January 19, 2010.

The Court notes that this briefing schedule differs from the deadlines set forth in Local Rule 7 to take into account various holidays that fall during the briefing schedule. All other dates previously set by the Court, including the trial date, remain unchanged.

    //

    //

    //

The parties are further Ordered to meet and confer regarding all outstanding discovery within one week from the date of this Order.

**IT IS SO ORDERED.**

Dated: October 6, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge