IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC JAMES BAKER,

    Plaintiff,

    v.

COUNTY OF SONOMA,

    Defendants.
                                    /

No. 08-03433 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On December 11, 2009, Plaintiff's counsel filed a request to appear telephonically at the motion hearing set for December 15, 2009 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.

Counsel shall stand by beginning at the date and time above until called by the Court. The Court will call counsel at (646) 723-2454 when the courtroom deputy calls this case. Counsel shall be ready to answer the Court's call personally.

Dated: December 11, 2009

                                                          *Elizabeth D. Laporte*
                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge