<div style="float:left">United States District Court<br>For the Northern District of California</div>

1
2
3
4
5   IN THE UNITED STATES DISTRICT COURT
6   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   ERIC JAMES BAKER,
9        Plaintiff,                             No. 08-03433 EDL
10     v.                                       **ORDER GRANTING DEFENDANTS'**
                                                **MOTION TO COMPEL RESPONSES TO**
11  COUNTY OF SONOMA,                           **INTERROGATORIES AND THE**
                                                **PRODUCTION OF DOCUMENTS**
12       Defendants.
                                    /
13
14       On December 15, 2009, this Court held the hearing on Defendants County of Sonoma, Bill
15  Cogbill, Lewis Lincoln, Daniel Cortez and Eduardo Espino (collectively "County Defendants")
16  Motion to Compel Responses to Interrogatories and Documents pursuant to Federal Rules of Civil
17  Procedure 33, 34 and 37.  Based on the evidence and argument presented at the hearing,
18       IT IS HEREBY ORDERED that County Defendants' Motion to Compel Responses to
19  Interrogatories and Documents is GRANTED.  Plaintiff shall supplement his responses to County
20  Defendants' discovery requests by answering the interrogatories fully and completely and providing
21  all responsive documents by January 15, 2010, with appropriate verifications.  Plaintiff's attorney
22  shall make every effort to visit the client promptly.
23       IT IS SO ORDERED.
24
    Dated: December 21, 2009                    _____
25                                              ELIZABETH D. LAPORTE
26                                              United States Magistrate Judge
27
28