**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC JAMES BAKER,

    Plaintiff,

v.

COUNTY OF SONOMA,

    Defendants.
_____/

No. 08-03433 EDL

**CORRECTED ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION FOR A CONTINUANCE**

Pending before this Court are: (1) Plaintiff's motion to compel set for hearing on January 12, 2010; and (2) Defendants' motion for summary judgment set for hearing on January 19, 2010. On December 22, 2009, two days before Plaintiff's opposition to the summary judgment motion was due, Plaintiff filed an Administrative Motion to continue the briefing schedule for the Motion for Summary Judgment in light of the holidays and the pending Motion to Compel. On December 23, 2009, Defendants filed an opposition to the Administrative Motion. Also on December 23, 2009, Plaintiff filed an Opposition to the Motion for Summary Judgment which references his request for a continuance pursuant to Rule 56(f), Local Rules 6-3 and 7-11 but does not substantively respond to any of the issues raised in the Motion for Summary Judgment.

Having considered the parties' arguments regarding Plaintiff's Administrative Motion for a continuance, the Court Orders as follows:

- Plaintiff's deadline to file a Reply to his Motion to Compel remains December 29, 2009.
- The hearing on the Motion to Compel is <u>advanced</u> from Tuesday, January 12, 2010 to Thursday, January 7, 2010.
- Plaintiff's Opposition to the Motion for Summary Judgment is due Monday, January 11, 2010. The Opposition shall substantively respond to the Motion for Summary Judgment with

evidence currently available to Plaintiff, and shall also include relevant argument and affidavits supporting any requested Rule 56(f)continuance, taking into account any previous ruling on Plaintiff's Motion to Compel.

- Defendant's Reply to the Motion for Summary Judgment is due by Monday, January 18, 2010.
- The hearing on the Motion for Summary Judgment is continued to February 2, 2010.
- All other Court-ordered deadlines remain in place.

IT IS SO ORDERED.

Dated: December 28, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge