JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA 95812-0590
TELEPHONE: (916) 444-8271

Attorney for Defendants James Luders, M.D. and
California Forensic Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC JAMES BAKER,

     Plaintiff,

vs.

COUNTY OF SONOMA; SONOMA COUNTY
SHERIFF'S DEPATMENT; BILL
COGBILL; CALIFORNIA FORENSIC
MEDICAL GROUP, INC.; JAMES
LUDERS, M.D.; "JOHN DOE"
LINCOLN; "JOHN DOE" CORTEZ;
"JOHN DOE" ESPINO; and DOES 1
through 10, inclusive,

     Defendants.

_____/

CASE NO. CIV 08-3433 EDL

**REQUEST FOR LEAD TRIAL COUNSEL TO BE PERMITTED TO APPEAR BY TELEPHONE AT MOTION TO COMPEL PRODUCTION OF DOCUMENTS** AND ORDER THEREON

**Date: January 7, 2010**
**Time: 2:00 p.m.**
**Courtroom: E, 15th Floor**

     Pursuant to Civil Local Rules, Rule 16-10(a), Defendants California

Forensic Medical Group, Inc. and James Luders, M.D. respectfully request

that their lead trial counsel, Jerome M. Varanini, be permitted to appear

by telephone at the January 7, 2009, Motion to Compel.

Dated: December 29, 2009     TRIMBLE, SHERINIAN & VARANINI

     By___*/s/ Jerome M. Varanini*___
          JEROME M. VARANINI
          Attorney for Defendants
          California Forensic Medical
          Group, Inc. and James Luders,
          M.D.

1

**IT IS SO ORDERED.**

Dated: <u>January 4, 2010</u>



_____
United States Magistrate Judge

Judge Elizabeth D. Laporte

2