1

2

3

4

5        IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ERIC JAMES BAKER,

9            Plaintiff,                          No. 08-03433  EDL

10        v.                                     **ORDER REGARDING PLAINTIFF'S**
                                                 **ADMINISTRATIVE MOTION FOR**
11   COUNTY OF SONOMA,                           **LEAVE TO FILE OPPOSITION BRIEF**
                                                 **IN EXCESS OF 25 PAGES**
12           Defendants.
     _____/

13

14        Plaintiff has filed an administrative motion requesting that he be allowed to file an Opposition

15   to Defendants' Motion for Summary Judgment of up to 45 pages.  Having considered the papers, the

16   Court GRANTS IN PART AND DENIES IN PART the administrative request.  There is no

17   justification for Plaintiff having waited until one business day before the Opposition was due to

18   request a stipulation from Defendants or to file this administrative motion.  However, in an

19   abundance of caution and to ensure that Plaintiff is adequately able to make all arguments in

20   opposition to the Motion for Summary Judgment, the Court will allow Plaintiff to file an Opposition

21   of no more that 35 pages.  Any such opposition shall be filed today, January 11, 2010, the existing

22   deadline for the Opposition.

23        If they believe it is necessary, Defendants are allowed five additional pages for their Reply,

24   which remains due on January 18, 2010.

25

26        IT IS SO ORDERED.

27
     Dated: January 11, 2010
28
                                                 _____
                                                 ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge