IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC JAMES BAKER,

    Plaintiff,

v.

COUNTY OF SONOMA,

    Defendants.

No. 08-03433 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On February 1, 2010, Plaintiff's counsel filed a request to appear telephonically at the motion hearing set for February 2, 2010 at 4:00 p.m. The Court notes that the request was made less than 36 hours before the hearing, and does not set forth good cause for the request. However, the Court understands that lead counsel for Plaintiff is based in New York and as a practical matter has probably made the request too late to make travel arrangements to appear in person. Therefore, the Court reluctantly GRANTS the Request.

Counsel shall stand by beginning at the date and time above until called by the Court. The Court will call counsel at (646) 723-2454 when the courtroom deputy calls this case. Counsel shall be ready to answer the Court's call personally.

Dated: February 1, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge