Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94104
Telephone:  (415) 421-4774
Facsimile:  (415) 421-4784

Steven L. Wittels
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Eric Baker*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JAMES BAKER,<br><br>                                    Plaintiff,<br><br>         vs.<br><br><br>COUNTY OF SONOMA; SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; LEWIS LINCOLN; DANIEL CORTEZ; EDUARDO ESPINO; and DOES 1 through 10, inclusive,<br><br>                                    Defendants. | Case No. 3:08-cv-03433-EDL<br><br>ECF Case<br><br>**STIPULATION AND [PROPOSED] ORDER RE PRETRIAL EXPERT CASE MANAGEMENT DEADLINES**<br><br>Judge:  Hon. Elizabeth D. Laporte |

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto,

through their attorneys of record, that subject to the Court's approval, the Case

Management And Pretrial Order For Jury Trial dated February 5, 2009 (Dkt No. 58), is

hereby amended as follows:

2. <u>DISCOVERY</u>

b.  Initial expert disclosures shall be made no later than February 19, 2010.

Rebuttal expert disclosures shall be made no later than March 5, 2010.

c.  All expert discovery shall be completed no later than April 2, 2010.

All other deadlines set forth in the order shall remain in effect.


DATED: February 10, 2010            SANFORD, WITTELS & HEISLER, LLP
                                    Attorneys for Plaintiffs
                                    VALERIE GEORGE, TAJMAH BEAUCHAMP,
                                    and DONALD GEORGE


                                    By:              /s/
                                          Steven L. Wittels, Esq.


DATED: February 11, 2010            TRIMBLE SHERINIAN & VARANINI

                                    By:         /s/
                                          Jerome M. Varanini

                                    2500 Ventura Oaks Way, Suite 350 (95833)
                                    P.O. Box 590
                                    Sacramento, CA  95812-0590
                                    Telephone: (916)444-8271

                                    *Attorneys for Defendants California Forensic
                                    Medical Group and James Luders, M.D.*

DATED: February 11, 2010            SENNEFF FREEMAN & BLUESTONE, LLP

                                    By:         /s/
                                          Bonnie A. Freeman

                                    50 Old Courthouse Square, Ste 401
                                    P.O. Box 3729
                                    Santa Rosa, CA  95402
                                    Telephone: (707) 526-4250
                                    Facsimile: (707) 526-0347
                                    *Attorneys for Defendants County of Sonoma,
                                    Sonoma County Sheriff's Department, Bill Cogbill,
                                    Lewis Lincoln, Daniel Cortez, and Eduardo Espino*


SO ORDERED:_____Elizabeth D. Laporte_____            Date: February 12, 2010
                            U.S.D.M.J.

2