Bonnie A. Freeman, Esq. (SB 180502)
Kathleen Mullins Henderson, Esq. (SB 258861)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA  95402-3729
Telephone:    707-526-4250
Facsimile:    707-526-0347

Attorneys for Defendants County of Sonoma (also sued as Sonoma County
  Sheriff's Department), Bill Cogbill, Lewis Lincoln, Daniel Cortez and Eduardo Espino

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JAMES BAKER, | No. CV 08 3433 EDL |
| Plaintiff, | **STIPULATION TO VACATE PRETRIAL CONFERENCE PENDING DISMISSAL OF ACTION; PROPOSED ORDER THEREON** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

The parties to this action, by and through their respective counsel of record, hereby stipulate to all of the following:

1. The parties anticipate that dismissal of the case with prejudice will be filed within ten (10) days;

2. The vacating of the pretrial conference set for June 8, 2010, will promote the efficient use of the Court's time pending the filing of the papers requesting the entry of dismissal;

3. The parties agree to diligently prepare and finalize all papers necessary in order to file the dismissal within the time above stated.

SO STIPULATED.

DATED:  June 3, 2010  SANFORD WITTELS & HEISLER, LLP

By: _____/s/_____
    Thomas M. Litton, Esq.
    Attorneys for PLAINTIFF


TRIMBLE, SHERINIAN & VARANINI

By: _____/s/_____
    JEROME M. VARANINI, ESQ.
    Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and JAMES LUDERS, M.D.


SENNEFF FREEMAN & BLUESTONE, LLP

By: _ /s/ Bonnie A. Freeman----------------------
Bonnie A. Freeman
Attorneys for Defendants County of Sonoma, Sheriff Bill Cogbill, Correctional Officers Lewis Lincoln, Daniel Cortez and Eduardo Espino


[PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the pretrial conference scheduled for June 8, 2010, is hereby VACATED.  The parties are directed to have the dismissal with prejudice of this action filed no later than _____.


Date: _____  _____
    Hon. Elizabeth D. Laporte