1   Bonnie A. Freeman, Esq. (SB 180502)
    Kathleen Mullins Henderson, Esq. (SB 258861)
2   SENNEFF FREEMAN & BLUESTONE, LLP
    50 Old Courthouse Square, Suite 401
3   P.O. Box 3729
    Santa Rosa, CA  95402-3729
4   Telephone:     707-526-4250
    Facsimile:     707-526-0347
5
    Attorneys for Defendants County of Sonoma (also sued as Sonoma County
6     Sheriff's Department), Bill Cogbill, Lewis Lincoln, Daniel Cortez and Eduardo Espino

7

8                       UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  ERIC JAMES BAKER,                    No. CV 08 3433 EDL

11              Plaintiff,               **STIPULATION TO VACATE PRETRIAL
                                         CONFERENCE PENDING DISMISSAL
12       v.                              OF ACTION; ~~PROPOSED~~ ORDER
                                         THEREON**
13  SONOMA COUNTY SHERIFF'S
    DEPARTMENT, et al.,
14

15              Defendants.
    _____/
16

17          The parties to this action, by and through their respective counsel of record, hereby stipulate

18  to all of the following:

19          1.  The parties anticipate that dismissal of the case with prejudice will be filed within ten (10)

20  days;

21          2.  The vacating of the pretrial conference set for June 8, 2010, will promote the efficient use

22  of the Court's time pending the filing of the papers requesting the entry of dismissal;

23          3.  The parties agree to diligently prepare and finalize all papers necessary in order to file the

24  dismissal within the time above stated.

25          SO STIPULATED.

26

27

28

SENNEFF
FREEMAN
BLUESTONE

1    DATED:  June 3, 2010                    SANFORD WITTELS & HEISLER, LLP

2

3                                            By: _____/s/_____
                                                  Thomas M. Litton, Esq.
4                                                 Attorneys for PLAINTIFF

5

6                                            TRIMBLE, SHERINIAN & VARANINI

7

8                                            By: _____/s/_____
                                                  JEROME M. VARANINI, ESQ.
9                                                 Attorneys for Defendants CALIFORNIA
                                                  FORENSIC MEDICAL GROUP, INC. and
10                                                JAMES LUDERS, M.D.

11

12                                           SENNEFF FREEMAN & BLUESTONE, LLP

13

14                                           By: __/s/ Bonnie A. Freeman---------------------
                                                 Bonnie A. Freeman
15                                               Attorneys for Defendants County of Sonoma, Sheriff Bill
                                                 Cogbill, Correctional Officers Lewis Lincoln, Daniel
16                                               Cortez and Eduardo Espino

17

18                                           [PROPOSED] ORDER

19          GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the pretrial

20   conference scheduled for June 8, 2010, is hereby VACATED.  The parties are directed to have the

21   dismissal with prejudice of this action filed no later than  June 14, 2010            .  If no dismissal is

22    filed by that date, the action shall be restored to the Court's calendar to be set for trial.

23   Date: _____June 4, 2010_____              *Elizabeth D. Laporte*

24                                           Hon. Elizabeth D. Laporte

25

26

27

28