Bonnie A. Freeman, Esq. (SB 180502)
Kathleen Mullins Henderson, Esq. (SB 258861)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA  95402-3729
Telephone:    707-526-4250
Facsimile:    707-526-0347

Attorneys for Defendants County of Sonoma (also sued as Sonoma County
  Sheriff's Department), Bill Cogbill, Lewis Lincoln, Daniel Cortez and Eduardo Espino

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JAMES BAKER, | No. CV 08 3433 EDL |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of this entire action, with no admission of liability by any defendant herein; each party to bear its own fees and costs.

SO STIPULATED.

DATED: June 10, 2010          SANFORD WITTELS & HEISLER, LLP

                              By:    */s/ Thomas M. Litton*
                                     Thomas M. Litton
                                     Attorneys for PLAINTIFF

| | |
|---|---|
| 1 | TRIMBLE, SHERINIAN & VARANINI |
| 2 | |
| 3 | By: */s/ Jerome M. Varanini*<br>Jerome M. Varanini |
| 4 | Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and JAMES LUDERS, M.D. |
| 5 | |
| 6 | |
| 7 | SENNEFF FREEMAN & BLUESTONE, LLP |
| 8 | |
| 9 | By: */s/ Bonnie A. Freeman*<br>Bonnie A. Freeman |
| 10 | Attorneys for Defendants County of Sonoma, Sheriff Bill Cogbill, Correctional Officers Lewis Lincoln, Daniel Cortez and Eduardo Espino |